# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM R. AINSWORTH, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 16-1354 |
| | ) | Judge Mark R. Hornak/ |
| v. | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, SUPERINTENDENT OF SCI FAYETTE, and DISTRICT ATTORNEY OF BUTLER COUNTY, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

William R. Ainsworth ("Petitioner") has filed the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, (the "Petition"), ECF No. 3, seeking to attack his state court convictions arising from a guilty plea to one count of involuntary deviate sexual intercourse, forty-eight counts of sexual abuse of children, twelve counts of criminal solicitation, three counts of criminal attempt (unlawful contact), eight counts of unlawful contact with a minor, and nine counts of criminal use of a communication facility.

The case was referred to Chief Magistrate Judge Maureen Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

Chief Magistrate Judge Kelly's Report and Recommendation, ECF No. 16, filed on May 18, 2018, recommended that the Petition be denied because Ground One was procedurally defaulted and Ground Two did not provide a basis for relief in Section 2254 habeas proceedings as Petitioner was attacking the Post Conviction Relief Act proceedings. ECF No. 16. Petitioner

was informed that he could file Objections to the Report by June 1, 2018. Petitioner did not file any Objections to the Report.

Accordingly, IT IS HEREBY ORDERED this 6th day of June, 2018, after de novo review of the record and the Report and Recommendation, the Petition for Writ of Habeas Corpus is denied. A certificate of appealability is denied as jurists of reason would not find this disposition to be debatable. The Report and Recommendation of the Chief Magistrate Judge, ECF NO. 16, is adopted as the Opinion of the Court. The Clerk shall mark this case closed.

BY THE COURT,

MARK R. HORNAK
UNITED STATES DISTRICT JUDGE

cc: The Honorable Maureen P. Kelly
Chief United States Magistrate Judge

WILLIAM R. AINSWORTH
LB-8606
P.O. Box 9999
LaBelle, PA 15450

All counsel of record via CM-ECF